OPINION — AG — **** COUNTY COMMISSIONERS — LEASING TO PRIVATE INDIVIDUALS FOR PRIVATE PURPOSES **** BOARDS OF COUNTY COMMISSIONERS DO NOT HAVE THE AUTHORITY TO LEASE TO PRIVATE INDIVIDUALS FOR PRIVATE PURPOSES REAL ESTATE ACQUIRED OR HELD BY THE COUNTY FOR COUNTY FARM OR POOR FARM PURPOSES EVEN THOUGH SUCH REAL ESTATE IS NO LONGER NEEDED FOR COUNTY FARM OR POOR FARM PURPOSES. CITE: 19 O.S. 1961 1 [19-1], 56 O.S. 1961 121 [56-121] (NORMAN CANNON)